UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jane Doe | : | Case No. 1:26–cv–00646–DRC |
| | : | |
| Plaintiff(s), | : | Judge Douglas R. Cole |
| v. | : | |
| | : | |
| Lakota Local Schools, et al. | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF NON–ISSUANCE OF SUMMONS

You have requested the clerk to issue the attached summons.

The submitted summons does not comply with Rule 4(a) for the following reason(s):

**X** The summons does not contain the name/address of the plaintiff.

Please correct the above deficieny(ies) and resubmit the summons.

Fed.R.Civ.P. 4(a) governing the issuance of summons by the clerk states the following:

**(a) Form.** The summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties, be directed to the defendant, and state the name and address of the plaintiff's attorney or, if unrepresented, the plaintiff. It shall also state the time within which the defendant must appear and defend and notify the defendant that failure to do so will result in judgment by default against the defendant for the relief demanded in the complaint. The court may allow a summons to be amended.

Please contact the Clerk's Office if you seek further assistance.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202
513–564–7500
Clerks_Office@ohsd.uscourts.gov

July 2, 2026

**Richard W. Nagel**
**Clerk of Court**

by Deputy Clerk / jmt