AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jane Doe, individually, and as parent and next friend of Jill Doe, a minor | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No.1:26-cv-00646 |
| Lakota Local Schools; Ronald Henrich, individually and in his official capacity; Ashley Whitely, individually and in her official capacity, and Bill Brinkman, individually and in his official capacity | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lakota Local School District
Attn: Superintendent Dr. Ashley Whitely
5572 Princeton Road
Liberty Township, OH 45011 9726

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carla Loon Leader, #81597
The Law Office of Carla Loon Leader
8717 Tiburon Drive
Montgomery, Ohio 45249
Telephone: (513) 502-3299
Email: carla@cincinnatieducationlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7/8/2026

Signature of Clerk or Deputy Clerk